No. 07-17-00183-CR

| | | |
|---|---|---|
| Randy Steven Castillo<br>  Appellant | § | From the 251st District Court<br>  of Randall County |
| | § | |
| v. | | July 31, 2017 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion Per Curiam |
| | § | |

# **J U D G M E N T**

Pursuant to the opinion of the Court dated July 31, 2017, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 251st District Court of Randall County, Texas, for further proceedings in accordance with this Court's opinion entered this day.

o O o